IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, NORTHERN ILLINOIS AND IOWA LABORERS' HEALTH AND WELFARE FUND, QUAD-CITY CONSTRUCTION INDUSTRY ADVANCEMENT FUND, NORTHERN ILLINOIS ANNUITY FUND, CENTRAL LABORERS' RETIREE WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' OF ILLINOIS VACATION FUND, NORTH CENTRAL ILLINOIS LABORERS' DISTRICT COUNCIL LABORERS' EMPLOYERS COOPERATION EDUCATION TRUST, LABORERS' 309 FOUNDATION FOR FAIR CONTRACTING, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, ILLINOIS BUILDING AND CONSTRUCTION TRADES COUNCIL, TRI-COUNTY CONSTRUCTION-LABOR MANAGEMENT COUNCIL, and CENTRAL ILLINOIS LABORERS' WORK DUES FUND, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 06-3007 |
| RANDY LONG d/b/a LONG CONSTRUCTION, | ) |
| Defendant. | ) |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs' Request for Entry of Default (d/e 7), and the Court being fully advised in the premises finds that the Defendant, RANDY LONG d/b/a LONG CONSTRUCTION, has been served with summons

1

and complaint as shown by the file in this case, and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant RANDY LONG d/b/a LONG CONSTRUCTION.

Entered this 18th day of May, 2006.

s/Charles H. Evans  
CHARLES H. EVANS  
United States Magistrate Judge