E-FILED
Friday, 09 June, 2006 02:06:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION | ) | |
| FUND, CENTRAL LABORERS' | ) | |
| WELFARE FUND, NORTHERN | ) | |
| ILLINOIS AND IOWA LABORERS' | ) | |
| HEALTH AND WELFARE FUND, | ) | |
| QUAD-CITY CONSTRUCTION | ) | |
| INDUSTRY ADVANCEMENT | ) | |
| FUND, NORTHERN ILLINOIS | ) | |
| ANNUITY FUND, CENTRAL | ) | |
| LABORERS' RETIREE WELFARE | ) | |
| FUND, CENTRAL LABORERS' | ) | |
| ANNUITY FUND, ILLINOIS | ) | |
| LABORERS' AND CONTRACTORS' | ) | |
| TRAINING TRUST FUND, | ) | |
| LABORERS' OF ILLINOIS | ) | |
| VACATION FUND, NORTH | ) | |
| CENTRAL ILLINOIS LABORERS' | ) | |
| DISTRICT COUNCIL LABORERS' | ) | |
| EMPLOYERS COOPERATION | ) | |
| EDUCATION TRUST, LABORERS' | ) | |
| 309 FOUNDATION FOR FAIR | ) | |
| CONTRACTING, MIDWEST | ) | |
| REGION FOUNDATION FOR FAIR | ) | |
| CONTRACTING, ILLINOIS | ) | 06-3007 |
| BUILDING AND CONSTRUCTION | ) | |
| TRADES COUNCIL, TRI-COUNTY | ) | |
| CONSTRUCTION - LABOR | ) | |
| MANAGEMENT COUNCIL, and | ) | |
| CENTRAL ILLINOIS LABORERS' | ) | |
| WORK DUES FUND, | ) | |

1

|  |  |
|---|---|
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| RANDY LONG d/b/a LONG | ) |
| CONSTRUCTION | ) |
|  | ) |
| Defendant. | ) |

## ORDER

The Court now considers Plaintiffs' Motion for Default Judgment. Having reviewed the motion and relevant pleadings, the Court finds that the Complaint was duly filed and served upon Defendant Randy Long d/b/a Long Construction.  The Defendant failed to answer or otherwise plead within the statutory time frame.  Plaintiffs moved for default against the Defendant and United States Magistrate Judge Charles Evans duly entered a default order on May 18, 2006.  Plaintiffs have tendered and the Court has reviewed evidence in support of damages.

**Ergo**, Plaintiffs' Motion for Default Judgment (d/e 9) is ALLOWED.  Judgment is entered in favor of Plaintiffs and against Defendant for audit liabilities, liquidated damages and costs for the

2

period from February 1, 2003 through May 31, 2005, in the total amount of $57,563.49.  Defendant is directed to provide Plaintiffs all required contribution reports and payments, or in lieu thereof, a statement covering the period for which said report is required that Defendant had no employees for whom contributions are required to be made.  Furthermore, Defendant is ordered to pay to Plaintiffs attorney fees in the amount of $3,157.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

    IT IS SO ORDERED.

    ENTER:  June 8, 2006

    FOR THE COURT:           s/ Richard Mills
                                                United States District Judge